Argued May 20, affirmed without opinion May 20, 1974

PHILLIP ALLEN LeBRUN, *Appellant, v.* CUPP
(No. 79410), *Respondent.*

521 P2d 1317

*James T. Marquoit,* Portland, argued the cause for appellant. With him on the brief were Maizels & Marquoit, P. C., Portland.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.